**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | | |
|---|---|---|---|
| IN RE: | MICHAEL ANTHONY WELLS | CASE NO.: | 23-50377-KMS |
| | DEBTOR(S) | CHAPTER | 7 |

## UNITED STATES TRUSTEE'S MOTION TO REOPEN

COMES NOW, David W. Asbach, Acting United States Trustee for Region 5, by and through undersigned counsel, pursuant to 11 U.S.C. § 350 (b) and Fed. R. Bank. Proc. 5010 and files this Motion to Reopen the above-styled and numbered proceeding, and in support thereof, respectfully submits the following:

1. On March 20, 2023, Debtor Michael Anthony Wells ("the Debtor") filed a voluntary petition for chapter 7 relief. Kimberly R. Lentz was appointed as the chapter 7 trustee[1].

2. On May 10, 2023, the trustee filed a Chapter 7 Trustee's Report of No Distribution. On July 24, 2023, the Court entered an Order Discharging the Debtor and an Order Closing Case (DKT. #20 and #21).

3. The UST was very recently informed that the bankruptcy estate may have an unscheduled asset being an interest in a product liability settlement that could produce a distribution to creditors.

4. The UST requests that the above-styled and numbered proceeding be reopened for the purpose of determining whether a distribution can be made to creditors pursuant to the distribution scheme as set forth in 11 U.S.C. § 726.

---

[1] Kimberly R. Lentz has since retired from her position as a chapter 7 trustee.

5.      The appointment of a trustee is necessary to protect the interests of creditors, the interest of the Debtor, and to ensure the efficient administration of this case.

**WHEREFORE, PREMISES CONSIDERED**, the UST prays for an order reopening this case. The UST further prays for an order directing the UST to appoint a trustee to protect the interest of creditors, the interest of the Debtor, and to ensure the efficient administration of this case. The UST further prays for all general and equitable relief to which entitled.

RESPECTFULLY SUBMITTED, this the 14th day of September 2025.

                DAVID W. ASBACH
                Acting United States Trustee
                Region 5, Districts of
                Louisiana and Mississippi

         by: */s/ Abigail M. Marbury*
             ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
Office of the U.S. Trustee, Region 5
501 Court Street, Suite 6-430
Jackson, MS 39201
Telephone No.: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing pleading filed in the above styled and numbered case has been served this day on the below-named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

Thomas Carl Rollins, Jr  Michael Anthony Wells
*Counsel for Debtor*  4913 Landwood Dr.
  Moss Point, MS 39563
  *Debtor*

Zachary Wessler
*Ch. 7 Trustee* – via email chapter7trustee@wesslergroup.com

DATED, this the 14th day of September 2025.

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **MICHAEL ANTHONY WELLS**      CASE NO.:   **23-50377-KMS**

         **DEBTOR(S)**      CHAPTER   7

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO REOPEN**

**THIS DAY THIS CAUSE** came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Reopen the above-styled and numbered proceeding (DKT. #___), and the court having considered same finds that the Motion is well-taken and should be granted; therefore,

**IT IS ORDERED** that the above-styled and numbered proceeding is hereby reopened.

[SPACE LEFT BLANK INTENTIONALLY]

**IT IS FURTHER ORDERED** that the United States Trustee shall appoint a trustee to protect the interest(s) of creditors and the interest(s) of the Debtor(s), and to ensure efficient administration of the case.

##END OF ORDER##

**ORDER SUBMITTED BY:**

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
Office of the U.S. Trustee, Region 5
501 Court Street, Suite 6-430
Jackson, MS 39201
Telephone No.: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov