

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **MICHAEL ANTHONY WELLS**              CASE NO.: 23-50377-KMS

           **DEBTOR(S)**                          CHAPTER   7

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO REOPEN

**THIS DAY THIS CAUSE** came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Reopen the above-styled and numbered proceeding (DKT. #25), and the court having considered same finds that the Motion is well-taken and should be granted; therefore,

**IT IS ORDERED** that the above-styled and numbered proceeding is hereby reopened.

[SPACE LEFT BLANK INTENTIONALLY]

**IT IS FURTHER ORDERED** that the United States Trustee shall appoint a trustee to protect the interest(s) of creditors and the interest(s) of the Debtor(s), and to ensure efficient administration of the case.

##END OF ORDER##

**ORDER SUBMITTED BY:**

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
Office of the U.S. Trustee, Region 5
501 Court Street, Suite 6-430
Jackson, MS 39201
Telephone No.: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov