UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: MICHAEL ANTHONY WELLS  CASE NUMBER: 23-50377-KMS

DEBTOR  CHAPTER 7

**VERIFIED STATEMENT OF PROPOSED COUNSEL FOR TRUSTEE**

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, ZACHARY S. WESSLER, SR., who by me being duly sworn, deposes on oath as follows:

1. I am over 21 years of age and am competent to make this Declaration pursuant to the requirements of Rule 2014 of the *Federal Rules of Procedure*.

2. I have personal knowledge of all facts stated in this Declaration.

3. This Declaration is filed in connection with the *Trustee's Application for Employment of Counsel* for the above-captioned matter.

4. I am a member in good standing of the State Bar of Mississippi and duly admitted to practice in the United States District Courts for the Northern and Southern Districts of Mississippi.

5. Based upon investigation and to the best of my present knowledge and belief, I do not have any connection with the Debtor, creditors, or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that I am a Chapter 7 panel trustee serving in this Judicial District and I am also serving as Chapter 7 Trustee in this case.

6. I declare under penalty of perjury that the above and foregoing statements are true and correct to the best of my knowledge, information and belief.

ZACHARY S. WESSLER, SR. (MSB #105849)
*PROPOSED COUNSEL FOR TRUSTEE*

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the said county and state, on this the 16th day of September, 2025, within my jurisdiction, the within named Zachary S. Wessler, Sr., who acknowledged that he executed the above and foregoing instrument.

NOTARY PUBLIC

MY COMMISSION EXPIRES: