United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-50377-KMS
Michael Anthony Wells  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Anthony Wells, 4913 Landwood Dr, Moss Point, MS 39563-6203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| John E. Tucker | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Biloxi jtucker@towerloan.com |
| Kimberly R. Lentz | trusteelentz@gmail.com klentz@ecf.axosfs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michael Anthony Wells trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Sep 15, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     MICHAEL ANTHONY WELLS          CASE NO.:  23-50377-KMS

           DEBTOR(S)                       CHAPTER  7

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO REOPEN

**THIS DAY THIS CAUSE** came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Reopen the above-styled and numbered proceeding (DKT. #25), and the court having considered same finds that the Motion is well-taken and should be granted; therefore,

**IT IS ORDERED** that the above-styled and numbered proceeding is hereby reopened.

[SPACE LEFT BLANK INTENTIONALLY]

**IT IS FURTHER ORDERED** that the United States Trustee shall appoint a trustee to protect the interest(s) of creditors and the interest(s) of the Debtor(s), and to ensure efficient administration of the case.

##END OF ORDER##

**ORDER SUBMITTED BY:**

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
Office of the U.S. Trustee, Region 5
501 Court Street, Suite 6-430
Jackson, MS 39201
Telephone No.: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov