# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| IN RE: MICHAEL ANTHONY WELLS | CASE NO. 23-50377 |
| DEBTOR | CHAPTER 7 |

## TRUSTEE'S REPORT OF POSSIBLE ASSETS

**COMES NOW**, Zachary S. Wessler, Sr., the Chapter 7 Trustee ("Trustee") for the above captioned case who states that, although this case was previously noticed to parties in interest as a no-asset case, the Trustee has since discovered possible assets the administration of which may result in the payment of a dividend to creditors. Accordingly, through this filing, the Trustee requests the Bankruptcy Clerk's Office to notify all creditors of record of the deadline to file claims pursuant to Federal Rule of Bankruptcy Proceeding 3002(c)(5).

**RESPECTFULLY SUBMITTED** on this the 24th day of October, 2025.

**ZACHARY S. WESSLER, SR., CH. 7 TRUSTEE**

*/ s/Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.
1806 23rd Avenue, Suite A
Gulfport, MS 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

1

**CERTIFICATE OF SERVICE**

I, ZACHARY S. WESSLER, SR., do hereby certify that I have this date electronically transmitted *via* CM/ECF Noticing, a true and correct copy of the above and foregoing *Trustee's Report of Possible Assets* to all counsel of record.

**SO CERTIFIED** this the 24th day of October, 2025.

**ZACHARY S. WESSLER, SR., CH. 7 TRUSTEE**

*/s/Zachary S. Wessler, Sr.*
ZACHARY S. WESSLER, SR.
1806 23rd Avenue, Suite A
Gulfport, MS 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com