United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-50377-KMS
Michael Anthony Wells  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Oct 24, 2025      Form ID: n023      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Wells, 4913 Landwood Dr, Moss Point, MS 39563-6203 |
| 5208749 | | Advance America, 2511 A Denny Ave, Pascagoula, MS 39567 |
| 5208750 | + | Blue Pine, 15524 SE Mill Plain Bl, Ste 20, Vancouver, WA 98684-8927 |
| 5208754 | + | D&M Demolition, 4913 Landwood Dr, Moss Point, MS 39563-6203 |
| 5208759 | | First Heritage Credit, 3329 Denny Ave, Pascagoula, MS 39581 |
| 5211146 | + | John E. Tucker, Esq., for Tower Loan of Mississippi, LLC, d/b/a Tower Loan of Biloxi, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5208764 | + | Max Lend, P.O. Box 639, Parshall, ND 58770-0639 |
| 5208767 | | Republic Finance, 3506 Hospital Rd, Pascagoula, MS 39581 |
| 5208768 | + | River Valley Loans, P.O. Box 222, Ethan, SD 57334-0222 |
| 5208772 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5234941 | + | Steve Herrington, 10356 Shorecrest Rd,, Biloxi, MS 39532-8122 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5208751 | + | EDI: CAPITALONE.COM | Oct 24 2025 23:28:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5208752 | + | EDI: CITICORP | Oct 24 2025 23:28:00 | Citi, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5208753 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 19:33:02 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5208755 | + | Email/Text: mmasters@ecg.com | Oct 24 2025 19:23:00 | Expansion Capital Grou, 5801 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5208756 | ^ | MEBN | Oct 24 2025 19:23:28 | Explore Credit, P.O. Box 260269, Atlanta, GA 31126-0269 |
| 5208757 | | Email/Text: rrush@familychoicefinancial.com | Oct 24 2025 19:23:00 | Family Choice Financia, 10598 D'Iberville Blvd, Diberville, MS 39540 |
| 5208758 | + | EDI: BLUESTEM | Oct 24 2025 23:28:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5208761 | + | EDI: PHINAMERI.COM | Oct 24 2025 23:28:00 | GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5208760 | + | EDI: PHINGENESIS | Oct 24 2025 23:28:00 | Genesis Financial, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5208763 | + | Email/Text: ebone.woods@usdoj.gov | Oct 24 2025 19:24:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5208762 | | EDI: IRS.COM | Oct 24 2025 23:28:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5208765 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 19:33:06 | Merrick Bank Corp, Po Box 9201, Old Bethpage, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: n023 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | NY 11804-9001 |
| 5208766 | + | EDI: AGFINANCE.COM | Oct 24 2025 23:21:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5208769 | + | Email/Text: bankruptcynotices@sba.gov | Oct 24 2025 19:24:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5208770 | + | Email/Text: ebone.woods@usdoj.gov | Oct 24 2025 19:24:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5208771 | | Email/Text: bankruptcy_department@clacorp.com | Oct 24 2025 19:23:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5208773 | + | EDI: SYNC | Oct 24 2025 23:21:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5208775 | | Email/Text: bankruptcy@towerloan.com | Oct 24 2025 19:23:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5208774 | + | Email/Text: disputes@soaren-management.com | Oct 24 2025 19:23:00 | Target Cash Now, PO Box 581, Hays, MT 59527-0581 |
| 5208776 | ^ | MEBN | Oct 24 2025 19:23:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5208777 | + | EDI: VERIZONCOMB.COM | Oct 24 2025 23:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tower Loan of Mississippi, LLC d/b/a Tower Loan of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| John E. Tucker | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Biloxi jtucker@towerloan.com |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: n023 | Total Noticed: 32 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Michael Anthony Wells trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
    on behalf of Trustee Zachary S Wessler Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                                              Case No.: 23−50377−KMS

Michael Anthony Wells                                                                                  Chapter 7
4913 Landwood Dr
Moss Point, MS 39563

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx−xx−3659

*Debtor

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **January 22, 2026**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Date: 10/24/25                                                                                     Danny L. Miller, Clerk of Court

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.

Form n023 Rev. 12/15 (B2040)